Richard E. Haftel (REH 7394)
**HAFTEL & SILVERMAN, P.C.**
260 Madison Avenue, 18th Floor
New York, New York 10016
(212) 686-3100

Attorneys for Plaintiff
Kaufman Bros., L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KAUFMAN BROS., L.P.,                        08 Civ. 5716 (LK)

           Plaintiff,

                            **NOTICE OF DISMISSAL**

-against-

ETELOS, INC.,

           Defendant.
-----------------------------------------------------------x

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses this action without prejudice and without costs.

Dated: July 15, 2008

                                        HAFTEL & SILVERMAN, P.C.

                           By: _____
                                    Richard E. Haftel (REH-7394)

                                        Attorneys for Plaintiff
                                        Kaufman Bros., L.P.

To:    Fran M. Jacobs, Esq.
        Duane Morris LLP
        1540 Broadway, Suite 1400
        New York, NY 10036
        (212) 692-1000

        Attorneys for Defendant