## AFFIRMATION OF SERVICE

RICHARD E. HAFTEL, an attorney admitted to practice in the State of New York, affirms as follows under penalty of perjury:

1. I am a partner of Haftel & Silverman, P.C., I am familiar with the proceedings in this case.

2. On July 15, 2008 I caused a copy of the Notice of Dismissal to be served on counsel for defendant by telecopier at the following address designated by them for that purpose:

> Fran M. Jacobs, Esq.
> Duane Morris LLP
> 1540 Broadway, Suite 1400
> New York, NY 10036
> Fax: (212) 202-6413

Dated: July 15, 2008

_____
RICHARD E. HAFTEL