```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __
DATE F___
```

KAPLAN, S.

Richard E. Haftel (REH 7394)
**HAFTEL & SILVERMAN, P.C.**
260 Madison Avenue, 18th Floor
New York, New York 10016
(212) 686-3100

Attorneys for Plaintiff
Kaufman Bros., L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KAUFMAN BROS., L.P.,                        :        08 Civ. 5716 (LK)
                              Plaintiff,    :
                                            :        **NOTICE OF DISMISSAL**
               -against-                    :
                                            :
ETELOS, INC.,                               :
                                            :
                              Defendant.    :
------------------------------------------------------------x

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses this action without prejudice and without costs.

Dated: July 15, 2008

                          HAFTEL & SILVERMAN, P.C.

                          By: _____
                              Richard E. Haftel (REH-7394)

                          Attorneys for Plaintiff
                          Kaufman Bros., L.P.

To:    Fran M. Jacobs, Esq.
        Duane Morris LLP
        1540 Broadway, Suite 1400
        New York, NY 10036
        (212) 692-1000

        Attorneys for Defendant

**SO ORDERED:**

_____
U.S.D.J.

7/17/08